Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Zahra AFTAHI

vs

Michael Chertoff, Secretary; Emilio Gonzalez, Director; Paul Pierre, District Director; Christina Poulos, Service Center Director; Michael B. Mukasey, Attorney General; Robert S. Mueller, III, FBI Director,

FILED
08 FEB 14 PM 3:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CP    DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0294 JM AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jan Joseph Bejar, Esq.
Law Offices of Jan Joseph Bejar, APLC
2727 Camino del Rio South Suite 110
San Diego CA 92108

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    2/14/08
CLERK                                      DATE

By   C. PUHLMANN   Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)