# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA AFTAHI, | Case No. 08cv0294-JM (AJB) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO REMAND TO U.S.C.I.S. |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al., | [Doc. No. 3] |
| Defendants. | |

Having considered the parties' Joint Motion to Remand to USCIS (Doc. No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above-captioned case is REMANDED to United States Citizenship & Immigration Services.

In the event that USCIS fails to adjudicate Plaintiff's naturalization application within 30 days of the entry of this Order, the Court grants Plaintiff 30 days leave to amend her Complaint. In the event that Plaintiff files an amended complaint within such time, the clerk shall reopen the above-captioned matter.

This Court does not retain jurisdiction over the matter.

**IT IS SO ORDERED.**

DATED: April 4, 2008

Hon. Jeffrey T. Miller
United States District Judge