1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  ZAHRA AFTAHI,                    )        Case No.  08cv0294-JM (AJB)
                                     )
12              Plaintiff,           )
                                     )        ORDER  GRANTING  JOINT  MOTION  TO
13        v.                         )        REMAND TO U.S.C.I.S.
                                     )
14  MICHAEL   CHERTOFF,  Secretary,)          [Doc. No.  3]
    Department of Homeland Security; et al.,  )
15                                   )
                Defendants.          )
16  _____)

17          Having considered the parties' Joint Motion to Remand to USCIS (Doc. No. 3) and finding the

18  joint motion meritorious, the Court GRANTS the motion and ORDERS that the above-captioned case

19  is REMANDED to United States Citizenship & Immigration Services.

20          In the event that USCIS fails to adjudicate Plaintiff's naturalization application within 30 days

21  of the entry of this Order, the Court grants Plaintiff 30 days leave to amend her Complaint.  In the event

22  that Plaintiff files an amended complaint within such time, the clerk shall reopen the above-captioned

23  matter.

24          This Court does not retain jurisdiction over the matter.

25          **IT IS SO ORDERED.**

26  DATED:  April 4, 2008

27          _____

28          Hon. Jeffrey T. Miller
            United States District Judge